s

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL MARKETING, INC., <br> Plaintiff, <br> v. <br> SWITCHMATE HOME, LLC, <br> Defendant. | Case No. 22-cv-04255-JST <br><br> **ORDER OF DISMISSAL UPON SETTLEMENT** <br><br> Re: ECF Nos. 23, 24 |

The parties have filed a notice of settlement, ECF No. 23, and a stipulation requesting that all current deadlines in the case be vacated in light of settlement. ECF No. 24. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 30 days of the date of this order.

**IT IS SO ORDERED**.

Dated: October 26, 2022

_____
JON S. TIGAR
United States District Judge